GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
Danielle L. Manning (SBN 313272)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lglancy@glancylaw.com
Email: mgodino@glancylaw.com
Email: dmanning@glancylaw.com

GREENSTONE LAW APC
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9156
Facsimile: (310) 201-9160
Email: mgreenstone@greenstonelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| Quackenbush et al., | Case No. 3:20-cv-05599-WHA |
| Plaintiff(s), | **DECLARATION OF MARK S. GREENSTONE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| vs. | |
| American Honda Motor Company, Inc. et al., | |
| Defendant(s). | |

I, Mark S. Greenstone, declare as follows:

1. I am the founding principle of Greenstone Law APC, counsel for Plaintiffs Mary Quackenbush, Anne Pellettieri, and Marissa Feeney ("Plaintiffs") in the above-captioned action. I make this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I have been a member of the State Bar of California since 1998 and am admitted to practice in all California state and federal courts. I graduated Order of the Coif from the UCLA School of Law 1998 and spent the first eight years of my career specializing in complex business litigation at a renowned national defense firm, Sheppard Mullin Richter & Hampton LLP. I have focused exclusively on class action litigation since 2012 and am the current chair of the annual Cambridge on Plaintiffs' Class Action.

3. Greenstone is a Los Angeles-based law firm founded by me in 2018. Prior to founding the firm, I was partner at Glancy Prongay & Murray LLP, a well-known national class action firm. Greenstone specializes in the prosecution of consumer and employment-related class actions, with a special focus on automobile defect class actions such as the present action. A true and correct copy of Greenstone's firm is attached as **Exhibit A.**

4. I was appointed Co-Lead Class counsel in *Gann, et al. v. Nissan North America, Inc.*, Case No. 3:18-cv-00966 (M.D. Tenn., finally approved May 10, 2020), a settlement concerning approximately 1.4 million Nissan Altima vehicles with allegedly defective CVTs. I was also appointed Co-Lead Class Counsel in *Reniger, et al. v. Hyundai Motor America*, No. 4:14-cv-03612 (N.D. Cal., finally approved March 28, 2017), a settlement that established a reimbursement program and ten-year service campaign for approximately 77,000 owners and lessees of 2010-2012 Hyundai Santa Fe vehicles alleged to suffer from a stalling defect.

5. More recently, I was appointed Co-Lead Class Counsel in *Khona, et al. v. Subaru of America, Inc.*, No. 1:19-cv-09323, finally approved July 8, 2021), a settlement involving over 200,000 Subaru Outback and Legacy vehicles alleged to have defective windshields prone to cracking. In approving the settlement, the Court specifically recognized the outstanding nature of

1

the relief provided, commenting: "[Q]uite frankly, by virtue of this settlement, I find that the class members are going to get more than what they normally would have gotten…an eight-year warranty for unlimited mileage is a very generous settlement. It's very generous to the owner or the lessee. And on top of that, for any expenses that they've paid in the past, they're getting reimbursed for it. So it puts them in a very good position. I find that the settlement class will be fully reimbursed." *See* June 11, 2021 Final App. Hrng. Tr. 21:18-22:2.

6. Currently, I represent drivers and lessees in the following automobile-defect class actions: *Teresa Stringer v. Nissan North America, Inc*., No. 3:21-cv-00099 (M.D. Tenn.); *Andre Damico v. Hyundai Motor America*, Case No. 30-2018-01008552-CU-BC-CXC (Orange Cty. Super. Ct.); *Kathleen Cadena v. American Honda Motor Company, Inc*., Case No. 8:19-cv-00839 (C.D. Cal.); *Joseph Hammerschmidt v. General Motors LLC*, No. 0:20-cv-01773 (D. Minn.); *Dauod Shaaya v. Jaguar Land Rover North America LLC*, Case No. 2:20-cv-05679 (D.N.J.); *Jamie Loo v. Toyota Motor Sales USA, Inc*., Case No. 8:19-cv-00750-VAP-ADS (C.D. Cal.); *Dennis and Deborah Murphy v. Toyota Motor Sales, USA Inc., et. al*. Case No: 2:20-cv-05892-RSWL-JEM (C.D. Cal.); *Natasha Peguero et. al. v. Toyota Motor Sales USA Inc., et. al.*, Case No. 2:20-cv-05889- DMK-SK (C.D. Cal.); and *Rosalie Quinones v. Toyota Motors Sales, USA Inc. et. al*., Case No: 5:19-cv-01611 (C.D. Cal.).

7. I have delivered excellent results as class-counsel in other consumer cases as well. For example, in *Story v. Mammoth Mountain Ski Area, LLC*, No. 2:14-cv-02422 (E.D. Cal.), I negotiated a $3.75 million settlement on behalf of a class of approximately 37,000 individuals for an alleged violation of the Telephone Consumer Protection Act.  In preliminarily approving the settlement, the Court expressly recognized counsels' diligence, commenting: "To the parties' credit, you've worked incredibly hard in resolving this, and the Court appreciates your effort…I found it interesting that there was at least two mediations, issues on both sides as to the merits or lack thereof of the case itself, and again to your credit with the help of mediators you came to a resolution…"  I have been appointed as class counsel in other consumer class actions as well, including *Bercut, et al. v. Michaels Stores, Inc*., No. SVC-257268 (Sonoma Cty. Super. Ct.) ($4 million settlement under the Fair Credit Reporting Act ("FCRA") on behalf of a class of

approximately 120,000 current and former employees, finally approved October 10, 2018) and *Feist, et al. v. Petco Animal Supplies, Inc.*, No. 3:16-cv-01369 (S.D. Cal.) ($1.2 million class action settlement under the FCRA, finally approved November 16, 2018).

8. My firm and my co-counsel, Glancy Prongay & Murray LLP, have vigorously prosecuted this action from inception to the present. We investigated the underlying allegations regarding the defect in the VTC Actuator by, among other things, interviewing approximately eighty potential putative Class Members, and engaging automotive experts from to help evaluate Plaintiffs' claims from a technical standpoint. We have also successfully defeated a motion to dismiss and motion to strike; arranged vehicle inspections of all five plaintiffs (two of which required out of state travel); arranged depositions of all five Plaintiffs (again requiring out of state travel); successfully moved to compel completion of Honda's document production; reviewed nearly 100,000 pages of documents; and deposed Honda's 30(b)(6) witness.

9. Attached hereto as **Exhibit B** is a true and correct copy of Defendant American Honda Motor Co., Inc.'s Responses to Plaintiffs' First Set of Interrogatories.

10. Attached hereto as **Exhibit C** is a true and correct copy of a power –point presentation produced by Defendants bates stamped as Honda-Quackenbush-021635-74.

11. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the deposition transcript of Michael Preston Gibson.

12. Attached hereto as **Exhibit E** is a true and correct copy of Exhibit 501 to the deposition transcript of Michael Preston Gibson.

13. Attached hereto as **Exhibit F** is a true and correct copy of a power-point presentation produced by Defendants bates stamped as Honda-Quackenbush-022458-80.

14. Attached hereto as **Exhibit G** is a true and correct copy of a TSB No. 16-012 bates stamped Honda-Quackenbush-023460-70.

15. Attached hereto as **Exhibit H** is a true and correct copy of a TSB No. 09-010 bates stamped Honda-Quackenbush-023471-81.

16. Attached hereto as **Exhibit I** is a true and correct copy of QIS No. TA5A08032405 bates stamped Honda-Quackenbush-018851-54.

3

Decl. of Mark S. Greenstone ISO Motion for Class Cert.
Case No. 3:20-cv-05599-WHA

17. Attached hereto as **Exhibit J** is a true and correct copy of a power-point presentation produced by Defendants bates stamped Honda-Quackenbush-022458-80.

18. Attached hereto as **Exhibit K** is a true and correct copy of QIS No. HAM11083102 bates stamped Honda-Quackenbush-014071-74.

20. Attached hereto as **Exhibit L** is a true and correct copy of a power point presentation produced by Defendants bates stamped Honda-Quackenbush-039828-43.

21. Attached hereto as **Exhibit M** is a true and correct copy a QIS bates stamped Honda-Quackenbush-014075-78.

22. Attached hereto as **Exhibit N** is a true and correct copy of an e-mail chain bates stamped Honda-Quackenbush-073416-17.

23. Attached hereto as **Exhibit O** is a true and correct copy of an e-mail bates stamped Honda-Quackenbush-073592-95.

24. Attached hereto as **Exhibit P** is a true and correct copy of a QIS numbered HAM12101201 and bates stamped Honda-Quackenbush-018863-72.

25. Attached hereto as **Exhibit Q** is a true and correct copy of a power point produced by Defendants as Honda-Quackenbush-061483-513.

26. Attached hereto as **Exhibit R** is a true and correct copy of Exhibit 511 to the deposition transcript of Michael Preston Gibson.

27. Attached hereto as **Exhibit S** are true and correct copies of Exhibits 512-516 to the deposition transcript of Michael Preston Gibson.

28. Attached hereto as **Exhibit T** is a true and correct copy of Defendant American Honda Motor Co., Inc.'s Responses to Plaintiffs' Second Set of Interrogatories.

29. As part of its document production in this case, Honda produced a database of warranty claims including information pulled from dealer records, Bates numbered Honda-Quackenbush-07990. [redacted]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of October 2021, at Los Angeles, California.

4

Decl. of Mark S. Greenstone ISO Motion for Class Cert.
Case No. 3:20-cv-05599-WHA

                                                 */s/ Mark S. Greenstone*
                                                 Mark S. Greenstone

5

Decl. of Mark S. Greenstone ISO Motion for Class Cert.
Case No. 3:20-cv-05599-WHA

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On October 1, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 1, 2021, at Los Angeles, California.

                                            *s/ Mark S. Greenstone*
                                            Mark S. Greenstone