UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY QUACKENBUSH, and MARISSA FEENEY, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

AMERICAN HONDA MOTOR COMPANY, INC.,

    Defendant.

No. C 20-05599 WHA

**SPECIAL VERDICT FORM**

1. Have plaintiffs proven, as to all class members, all of the required elements to sustain the claim of the California Class?

    Yes _____    No __X__

2. Have plaintiffs proven, as to all class members, all of the required elements to sustain the claim of the Illinois class?

    Yes __X__    No _____

Dated: August 28, 2023.

By: _[signature]_
    Foreperson