UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY QUACKENBUSH, and MARISSA FEENEY, on behalf of themselves and all others similarly situated,

    Plaintiffs,

    v.

AMERICAN HONDA MOTOR COMPANY, INC.,

    Defendant.

No. C 20-05599 WHA

**FINAL JUDGMENT**

Based on the unanimous verdict, judgment is hereby entered **IN FAVOR** of the 2,571 members of the Illinois Class for the stipulated amount of **$1,398,624 AGAINST** American Honda Motor Company, Inc.

Based on the unanimous verdict, judgment is hereby entered **IN FAVOR** of American Honda Motor Company, Inc. **AGAINST** the members of the California Class.

**IT IS SO ORDERED.**

Dated: August 29, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE