UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY QUACKENBUSH, and MARISSA FEENEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC.,<br><br>Defendant. | No. C 20-05599 WHA<br><br>**ORDER RE EXECUTION OF FINAL JUDGMENT** |

In this consumer class action involving a defective car part, the execution of final judgment (Dkt. No. 368) and orders regarding attorney's fees and costs (Dkt. Nos. 405–06) were stayed pending resolution of appellate proceedings (Dkt. No. 414). The appellate court affirmed our judgment, and issued its mandate (Dkt. Nos. 427–29). For avoidance of doubt, the stay is **LIFTED** in this case. Final judgment and all ancillary orders must be followed. The district court retains jurisdiction to enforce the judgment and orders.

The Clerk shall close this file on **NOVEMBER 6, 2025**, unless a party **SHOWS CAUSE BY NOVEMBER 4, 2025** in writing and under oath why the file needs to remain open.

**IT IS SO ORDERED.**

Dated: October 9, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE